U.S. DISTRICT COURT
NORTHERN DISTRICT OF T
FILED
SEP 2 3 2026
OP
CLERK, U.S. DISTRICT CO
By ________
Deputy

1

Dear, District Court

3-26CV3256-G

I have wrote several times to give you my change of Address and I was also able to send copies of my Court papers for my civil rights complaint. Sheriff Marian Brown and Dallas County Jail released me to UT Southwestern Medical Center around 07-22-2026 sending lies, fraud, and false records ahead of me for not releasing me 9Am 08-28-2025. I would like to ~~find~~ file another Civil rights complaint about this but this is a hospital they have no vault Like the jail as I guess you already know. What really worries me is they have opened my legal mail here and I have not heard back from you about my change of address. From 9Am 08-28-2025 I have been released and I have not been released til this day. I'm showing you the lies, false records, and fraud of friends Randal Scott, Micheal Pittman, and their attorney Jeff Buchwald that has been forced on me since 9Am 08-28-2025 til this day through UT Southwestern Medical Center. This is why I was sent to the North Tower to Administration

Lockdown getting assaulted on 01-16-2026 on my only Case M2522601 with NO DA charge filed refusing to release me since 9AM 08-28-2025. Mental health professionals Mrs Danny Chance and her best friend stalking me from Monroe, LA to Texas had their friends in mental health Parkland Jail write up lies like I'm a danger to others cause what they done to me throwing their feces and fluids on me since 2019. All this never come up inside Dallas County Jail. You see I'm showing you "my Case Info" for UT Southwestern Medical Center all coming from Micheal Pittman and Randal Scott of Parkland Jail Mental health. ~~[illegible]~~ Micheal Pittman wanted to find me incompetent outside County Courts of Criminal Appeals NO.2 on my only Case M2522601 with NO DA charge filed on 10-23-2025 refusing to release me since 9AM 08-28-2025. I told you those women inside Dallas County Jail tried to put F24-22485 in their Computer and your seeing Randal Scott, Micheal Pittman, and their lawyer Jeff Buchwald make Cause NO F24-22485 A Court Order. Then dating it 11-18-2025 putting 265th Court and calling me incompetent and a danger to others cause what

friends have done to me since 2019. That is why I sent you my Bonds Condition Order showing you the other Court Magistrate Isabel Cruz assigned to do this to me for her friends. all the same sex and homosexuality sexually abusing me stalking me in Texas their protecting. I don't like what is being done to me at all and I'm showing you their scam read it no hearing was necessary cause it never happened. Then they go on to present all their evidence through lies, fraud, and false records to protect friends when I have a wife and daughter to go home to. This is the mentality Sir, I was talking about their so cocky they put their phone number for their lawyer Jeff Buchwald their trying to force on me with their lies, fraud, and false records. NO where in Texas Court is Jeff Buchwald on record for being my lawyer in 2025 this is why they assaulted me then threw me in the hole for 6 months and I have not been released til this day on my only Case M2522601 I'm showing you my Arrainment Sheet with NO Change from 2024 cause this never happened

they set this up to protect friends. My only Case M2522601 with No DA charge filed without committing any crime they hate me for and doing everything they can to stick it to me. I'm showing you all their lies, fraud, and false records being forced on me til this day through their friends at UT Southwestern Medical Center. Sir, I have a 7 year old daughter I have never seen and her mother is the Love of my life. I think it is a ~~miracle~~ miracle that my wife still loves me like I love her still there strong with our daughter I have prayed and prayed and prayed for. I'm showing you the scam of Hate and retaliation all friends all the same sex and homosexuality and all scamming me with Mrs. Danny Chance and her best friend and Lawyer Anthony through Law enforcement. Well this is about my 3 or 4 Letter and you were always good about writing back I just wanted to make sure you got my Change of Address. Thank you Sir for your time and help in my life I Love yal very much and I thank you.

Christopher

EXAS
JRT

Christopher Shrock

## My case info

Chris was found incompetent to stand trial on 10/23/2025. The evaluator tried to evaluate you 1 time in 2024, 3 times in 2025. One for 10 minutes on 10/23/25.

I was arrested and charged with **Poss cs pg 1/1-B=1>g<4g Arrest date: 1/5/2024**

**Case number: F-24-22485**

This is a 3rd degree felony

The penatly for this charge is :

(F3) 2-10 years in prison Fine not to exceed $10,000;

My lawyer's/Attorney's name: Jeff buchwald

Their phone number: 469-450-1733

VOL ____ PAGE ____

CAUSE NO. F-24-22485

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| VS. | § | 265TH JUDICIAL DISTRICT COURT |
| CHRISTOPER SCHROCK | § | DALLAS COUNTY, TEXAS |

# JUDGMENT
## UNCONTESTED - INCOMPETENT TO STAND TRIAL
## IN-PATIENT MENTAL HEALTH SERVICES

The Court having determined that evidence exists to support a finding of incompetency; and the Court, the attorney for the Defendant, and the attorney for the State each having agreed that the Defendant is incompetent to stand trial and that no hearing is necessary.

The Court therefore finds by a preponderance of the evidence that the Defendant is presently incompetent to stand trial.

The Court then permitted, with the agreement of the parties, the expert's report made pursuant to Art. 46B.025 to be substituted for competent medical or psychiatric testimony on the issue of whether to release the Defendant on bail or commit the Defendant to a mental health or residential care facility.

Having considered the evidence, the Court finds by clear and convincing evidence that the Defendant is a danger to others and may not be safely treated on an out-patient basis for the purpose of attaining competency to stand trial.

The Court further finds that the Defendant is not charged with an offense listed in Article 17.032(a) of the Code of Criminal Procedure, and that the indictment in this cause does not seek an affirmative finding of a deadly weapon under Article 42.12, Section 3g(a)(2) of the Code of Criminal Procedure.

**IT IS THEREFORE ORDERED** pursuant to Article 46B.073 of the Code of Criminal Procedure that the Defendant is committed to an inpatient mental health facility designated by North Texas State Hospital for a period not to exceed **120 days** from the date the Defendant is admitted to the facility for further examination and treatment toward the specific objective of attaining competency to stand trial. The Defendant is remanded to the custody of the Sheriff of Dallas County for transportation to the designated facility.

**IT IS FURTHER ORDERED** that a copy of this judgment shall accompany the Defendant along with copies of the reports of each expert, any psychiatric, psychological, or social work reports relating to the mental condition of the Defendant, any documents provided by the attorneys that relate to the Defendant's current or past mental condition, copies of the indictment or information and any supporting documents used to establish probable cause in the case, the Defendant's criminal history record, ~~the addresses of the State's~~ attorney and the attorney for the Defendant.

**SIGNED** this **18th day of November, 2025.**

C. Thompson

**JUDGE**

NO. MED-26-80124

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>FOR THE BEST INTEREST<br>AND PROTECTION OF: | §<br>§<br>§ | IN THE PROBATE COURT<br><br>NUMBER THREE OF |
| C.S. | §<br>§ | DALLAS COUNTY, TEXAS |

## ORDER TO ADMINISTER PSYCHOACTIVE MEDICATION-FORENSIC

On the 1st day of April 2026, came on to be considered the Application for Order to Administer Psychoactive Medication in the above styled cause alleging that **Christopher Schrock** hereinafter called "Patient," is subject to the Court Order from Cause Number F24-22485, under Chapter 46B of the Texas Code of Criminal Procedure dated November 18, 2025 finding the Patient Incompetent and ordering court-ordered inpatient mental health services. The Court makes the following findings and enters the following order, to-wit:

1. All necessary notice and copies of the Petition have been served as required by law and that all of the terms and provisions of the Texas Mental Health Code, contained in the Texas Health and Safety Code, have been complied with.

2. On file with the Court in this cause is a verified Petition by the Patient's physician who has examined the patient. The physician therein states his opinion and the basis for his opinion that the Patient is in need of psychoactive medication but lacks the capacity to make a decision regarding administration of said medication and it is in the Patient's best interest to have psychoactive medication.

3. The Patient suffers from **schizophrenia** and is currently refusing prescribed medications.

4. The Court makes its determination and order as set forth below for the following reasons: (a) the Patient in reasonable medical probability will respond favorably to psychoactive medication; and (b) if psychoactive medication is not given, the Patient will worsen and will continue to deteriorate and harm himself and/or others.

5. After considering all of the evidence, including the Petition and the expert, competent medical and/or psychiatric testimony and taking into consideration (a) the Patient's expressed preferences regarding treatment with psychoactive medication or lack thereof; (b) the Patient's religious beliefs, if any; (c) the risks and benefits, from the perspective of the Patient, of taking psychoactive medication; (d) the consequences to the Patient if the psychoactive medication is not administered; (e) the prognosis for the patient if the Patient is treated with psychoactive medication and (f) generally accepted alternatives to treatment with psychoactive medication, the Court finds that the allegations in the Petition are true and correct and the findings and facts herein set forth are supported by clear and convincing evidence.

The Court further finds by clear and convincing evidence that the patient is under an order for in-patient mental health services under Chapter 46B of the Texas Code of Criminal Procedure, that it is in the best interest of the Patient to have treatment with the proposed



There ~~was~~ Never was A Court Order

psychoactive medication, and that the Patient lacks the capacity to make a decision regarding the administration of the proposed psychoactive medication.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that pursuant to Texas Health & Safety Code § 574.106, the **Parkland Jail Mental Health Services and the Texas Department of State Health Services**, and after transfer, State Hospital physicians, be and are hereby authorized, to administer to Patient the following classes of psychoactive medication:

| | | | |
|---|---|---|---|
| X | antidepressants | ____ | monoamine oxidase inhibitor |
| X | antipsychotics | X | mood stabilizers |
| X | anxiolytics/sedatives/ hypnotics | ____ | stimulants |

A current list of medication within each class as determined by the Texas Department of State Health Services is attached as Exhibit "A" to the Petition for Order to Administer Psychoactive Medication.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that during the period this Order is valid, the dosage of the herein authorized class(es) of psychoactive medication can be increased or decreased, and restitution of medication authorized but discontinued and the substitution of medications within the same class(es) are permitted.

This Order expires on the earliest of the following dates: the 180th day after the date Patient is returned to the correctional facility, the date Patient is acquitted, convicted, or enters a plea of guilty, or the date on which the criminal charge in this case is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a copy of this Order to the Patient or Patient's attorney shall serve as written notification of the Court's determination.

Signed this the 1st day of April, 2026.

TOMI J. SHEHAN
ASSOCIATE JUDGE, PROBATE COURT #3

MARGARET JONES-JOHNSON
PRESIDING JUDGE, PROBATE COURT #3

# ARRAIGNMENT SHEET

Book In Number: 25038339

Black Male 1/5/1976

The State of Texas, County of Dallas

I Cruz, Isabel , of Dallas County, Texas, sitting as a Magistrate, d hereby certify that on this, 08/27/2025 at 5:56 PM at 5:56 PM, sitting at 111 Commerce, City of Dallas, Dallas County, Texs appeared CHRISTOPER SCHROCK, being a person under arrest, and that I have in clear language informed the person arested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to te appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to hav an attorney present during any interview with peace officers or attorneys representing the State, and of his right to termina the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make ny statement at all, and that any statements made by him be used in evidence against him on his trial for the offense conerning which the statement is made.

I informed the person arrested that reasonable time and oppounity would be allowed for him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and if he is a citizen of certain countris that consular officials would be notified of this arrest without further action required on his part.

Charges,

| Offense | Warrant Type | Cause No. | Agency Name | Bond Amount | Bond Type | Court |
|---|---|---|---|---|---|---|
| THEFT PROP <$100 W/PREV CONVIC | Original Capias | M2522601 | FARMERS BRANCH PD | $1,000.00 | Cash or Surety | CCAP2 |

Remanded to custody of FARMERS BRANCH PD in witness whereof, I have subscribed my name this 08/27/2025 at 5:56 PM

Cruz, Isabel. Magistrate,
Dallas County, Texas

THE COUNTY OF DALLAS • STATE OF TEXAS

# DALLAS COUNTY
PUBLIC DEFENDER'S OFFICE

133 N. Riverfront Blvd. LB 2
Dallas Texas 75207-4313
Phone: (214) 653-3550 Fax: (214) 653-4399

August 28, 2025

Christoper Schrock
Dallas County Jail
P.O. Box 660334
BIN: 25038339
Location: West Tower 01P B
Dallas, Texas 75266-0334

***Re:*** ***The State of Texas vs. Christoper Schrock***
***Cause Number(s): M25-22601***

Dear Mr. Schrock:

The Dallas County Public Defender's Office has been appointed to represent you in the above-referenced criminal case. You will meet the Public Defender assigned to your case at your first court date.

It is important that you update this office of any changes to your residence address and telephone numbers as soon as possible, or, until you hire an attorney of your own choosing.

You must appear in court each time your case is set on the court docket. It is your responsibility to know your court dates. Court dockets are set for 9:00 a.m.,Monday through Friday. If you do not know your court date, **please call the Dallas County Clerk's ffice, at 214-653-5740, for misdemeanor cases.** For felony cases, please call the Dallas County District Clk's Office at 214-653-5964.

You must meet with the Public Defender assigned to ur case on each court setting. When you arrive at the court go to the clerk's counter and sign in on the pboard provided by the Public Defender's Office. After you sign in, please be seated in the hall outside e courtroom until you are called to meet with the Public Defender.

**You should not discuss your case with anyone r than the Public Defender's Office.** You are specifically advised not to discuss your case with officers or detectives, until you have spoken with your Public Defender and clearly understand your s under the law.

It is important that you advise this office of your resence address and all telephone numbers where you may be reached.

**If you have any questions about the above instruc ns, please contact me at my direct number with the Dallas County Public Defender's Office at 2 653-3550.** If you are unable to reach me at this number for some reason, you can reach me at our ge al office number: 214-653-3550. Please note: **our office cannot accept collect phone calls.**

Sincerely,

*Jake Greenberg /pl/*

Jake Greenberg
Assistant Public Defender
Jake.C.Greenberg@DallasCounty.org

THE COUNTY OF DALLAS · STATE OF TEXAS

## BOND CONDS ORDER

THE STATE OF TEXAS                                                **CHRISTOPER SCHROCK**

The Court Orders that, as a condition of remaining on bending the disposition of the case(s) below, the following restrictions shall apply. If on community supen, you shall continue to comply with existing conditions of community supervision.

---

Case Number: **M2522601** Offense: **THEFT <$100 W/PREV CONVIC**
Booking Number: **25038339** CID: **3094269**
COURT: **County Court of Criminal Appeals No. 2** BO**Nsh or Surety** AMOUNT: **$1,000.00**

It is the order of the Court that you shall comply with tlowing terms and conditions of Bond. If on community supervision, you shall continue to comply wxisting conditions of community supervision and/or any additional conditions of Bond.

- Conditions set by Municipal Judge
- Bond set by Farmers Branch.

---

The defendant is hereby **ORDERED** to comply with thve-named conditions of bond or be subject to forfeiture and incarceration.

Arrested Person                                                08/27/2025 at 5:56 PM
                                                                Date

A Copy of this order was served upon defendant **CHIPER SCHROCK**

Signed this 08/27/2025 at 5:56 PM                Cruz, Isabel, Magistrate,
                                                  Dallas County, Texas

**Dallas County Magistrates do not endorse nor in ay hold jurisdiction over bonds and bond conditions set by Municipal Courts or District/County Judges. If a County Magistrate has provided an arraignment hearing for a Defendant on a bond that was alreac y another court, it is to ensure the Defendant has been informed of their rights, to ensure their cases are ply entered into Dallas County databases, to communicate their election of counsel to appointing authorities, o communicate their desire for consulate protections from their country of origin. Communicating a bont has already been set by another court does not in any way usurp jurisdiction over that court.**

Christopher Schrock
4855 Harry Hines Blvd.
Dallas, TX 75390




...ECEIVED - 2
SEP 23 2026
MAILROOM

X-RAY

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St. Room 1452
Dallas, TX 75242-1310